

GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Chanel, Inc.



# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHANEL, INC., a New York corporation | ) ) ) | Case No. |
| Plaintiff, | ) ) ) | **FED. R. CIV. P. 7.1** <br> **DISCLOSURE STATEMENT** |
| v. | ) ) | |
| STONY NY CORP, a New York corporation, and DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

    Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for plaintiffs CHANEL, INC., a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

None.

Dated: New York, New York
      April 29, 2008

                                Respectfully submitted,

                                */s/ John Macaluso*

                                **GIBNEY, ANTHONY & FLAHERTY, LLP**
                                JOHN MACALUSO (JM-2058)
                                665 Fifth Avenue
                                New York, New York 10022
                                Telephone: (212) 688-5151
                                Facsimile: (212) 688-8315
                                E-mail: jmacaluso@gibney.com

                                <u>Of Counsel:</u>
                                Stephen M. Gaffigan
                                312 Southeast 17th Street, 2nd Floor
                                Ft. Lauderdale, FL 33316
                                Telephone: (954) 767-4819
                                Facsimile: (954) 767-4821
                                Email: stephen@smgpa.net