THE McDANIEL LAW FIRM
Empire State Building
350 Fifth Avenue, Suite 3304
New York NY 10018
(212) 514-8080
(212) 514-8282 (facsimile)
Attorneys for Defendant Stony NY Corporation

| | |
|---|---|
| CHANEL, INC.,<br><br>         Plaintiff<br><br>    v.<br><br>STONY NY CORP, ET AL and DOES 1-10,<br><br>         Defendants. | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No.: 08-cv-4074<br><br>**RULE 7.1 (A) DISCLOSURE STATEMENT** |

     The undersigned counsel for Defendant Stony New York Corp. certifies that these parties are non-governmental parties and they do not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated:    New York, New York
          May 19, 2008

                                                          THE McDANIEL LAW FIRM, PC

                                                          *[signature]*

By: _____
    Jay R. McDaniel
THE McDANIEL LAW FIRM
Empire State Building
350 Fifth Avenue, Suite 3304
New York NY 10018
(212) 514-8080
(212) 514-8282 (facsimile)