AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

CHANEL, INC. a New York corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

STONY NY CORP, a New York corporation, and
DOES 1-10,

**08 CIV 4074**

TO: (Name and address of defendant)

    STONY NY CORP, a New York corporation
    40 West 29th Street
    New York, New York 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    John Macaluso
    Gibney, Anthony & Flaherty, LLP
    665 Fifth Avenue
    New York, New York 10022
    (212) 688-5151

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL McMAHON

(BY) DEPUTY CLERK

DATE  APR 3 0 2008

# AFFIDAVIT OF SERVICE

INDEX # : __08 CIV 4074__ .

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

DATE FILED : _____ .

---

**CHANEL, INC, a New York corporation**

Plaintiff(s)/Petitioner

VS

**STONY NY CORP, a New York corporation, and DOES 1-10,**

Defendant(s)/Respondent(s)

---

**STATE OF NEW YORK, COUNTY OF KINGS**      SS:

CURTIS WARREN, residing in Kings County, being duly sworn and says: Deponent is not a party herein, is over 18 years of age That on the __8TH__ day of __MAY__ 2008, at __12:12 PM__ at:

40 W 29TH ST NEW YORK, NY 10001

Deponent served the within:
SUMMONS IN A CIVIL CASE

On: __STONY NY CORP, A NEW YORK CORPORATION__            (herein after referred to as recipient)

**INDIVIDUAL** ☐    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person Described as said person therein

**CORPORATION** ☒    By delivering to and leaving with __SAMMY LEE (Manager)__ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on the behalf of the corporation

**SUITABLE AGE PERSON** ☐    By delivering a true copy of each to _____ a person of suitable age and discretion Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**AFFIXING TO DOOR** ☐    By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (place of abode) within the state. Deponent was unable, with due diligence to find recipient or person of suitable age and discretion the thereat, having called there

on the _____ day of _____ at _____.
on the _____ day of _____ at _____.
on the _____ day of _____ at _____.

**MAILING** ☐    On __/__/__ , deponent completed service under the last two sections by depositing a copy of the : _____ to the above address in a 1st class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**NON-SVCE** ☐    After due search, carefully inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Company out of business [ ] Other: _____

**DESCRIPTION** ☒    A Description of the individual I served is as follows
Sex __M__ color of skin __YEL__ color of hair __blk & gr__ age __48__ height __5'6__ weight __170__
Glasses ___ Moustache ___ Beard ___ Bald Head ___ .

**WIT. FEES** ☐    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**MILITARY SVCE** ☐    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military

Sworn to before me on this __12TH__ day of __MAY__ 2008

_[signature]_     _C Warren [signature]_

**NOEMI OLAVARRIA**
Notary Public, State of New York
No. 01OL6067429
Qualified in Queens County
Commission Expires Dec 10, 2009

**CURTIS WARREN LIC NO. 870667**