UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
*Chanel*

Plaintiff,

-v-

Defendant.

*Story NY*
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 CW 4074 SAS ( )

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated _July 1, 2008_

SO ORDERED

_____
United States District Judge

*August would be best. Thanks*